UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

International Union of Operating Engineers
Local 57, et al
Plaintiff

v. C.A. No. 07-01S

Continental Construction, Co. Inc.,
Defendant

**SHOW CAUSE ORDER**

On or before **July 26, 2007** the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution. Failure to comply will result in dismissal.

By Order,

Loreen Baldwell

Deputy Clerk

ENTER:

WSmith

William E. Smith
US District Judge

Date: 7/6/07

FORMS/SHWCAUS2.ORD