**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57, and RICHARD HOULIHAN, in his official capacity as President and Business Manager of Local 57 and The BOARDS OF TRUSTEES of INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 PENSION FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 ANNUITY FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 LEGAL SERVICE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 HEALTH & WELFARE FUND, LOCAL 57 APPRENTICESHIP & SKILL IMPROVEMENT FUND, LOCAL 57 UNIFIED TRUST FUND, THE RHODE ISLAND HEAVY & HIGHWAY CONSTRUCTION INDUSTY ADVANCEMENT FUND,

*Plaintiffs*,

v. C.A. No. 07-001S

CONTINENTAL CONSTRUCTION, CO., INC.

*Defendant*.

**VOLUNTARY DISMISSAL**

NOW COME Plaintiffs pursuant to Fed. R. Civ. P. 41(a) and voluntarily dismiss the above-captioned matter without prejudice.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

/s/ Elizabeth Wiens #6827

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852
(401) 294-4700
(401) 294-4702

Dated: August 3, 2007

CERTIFICATION

I hereby certify that I electronically filed the within document on August 3, 2007. The document is available for viewing and downloading from the Court's Electronic Case Filing system.

/s/ Elizabeth Wiens